AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 04/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/01/16 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/ risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHIRE PLC SPON ADR DE | A | Dividend | J | T | | | | | |
| 36. XL GROUP PLC SHS DE | A | Dividend | J | T | Buy (add'l) | 11/09/17 | J | | |
| 37. ALPHABET INC CL A DE | A | Dividend | J | T | Buy (add'l) | 09/05/17 | J | | |
| 38. HANESBRANDS INC DE | A | Dividend | | | Sold | 01/10/17 | J | A | |
| 39. USG CORP NEW DE | A | Dividend | | | Sold | 04/28/17 | J | B | |
| 40. BANK OF CHINA ADR DE | A | Dividend | | | Sold | 04/03/17 | J | B | |
| 41. MARTIN MARIETTA MATERIALS INC DE | A | Dividend | | | Sold | 11/02/17 | J | B | |
| 42. MACK-CALI REALTY CORP DE | A | Dividend | | | Sold | 02/09/17 | J | B | |
| 43. VENTAS INC DE | A | Dividend | | | Sold | 02/09/17 | J | B | |
| 44. VULCAN MATERIALS CO NEW (HOLDING COMPANY) DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 45. MGM RESORTS INTL DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 46. ENEL SPA ADR DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 47. ICON PLC EUR DE | A | Dividend | | | Sold | 02/16/17 | J | C | |
| 48. VAIL RESORTS INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 49. EXELON CORP DE | A | Dividend | J | T | Buy (add'l) | 05/03/17 | J | | |
| 50. | | | | | Sold | 09/05/17 | J | A | |
| 51. COMMSCOPE HLDG CO INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PROSIEBENSAT.1 MEDIA SE ADR DE | A | Dividend | | | Sold | 02/23/17 | J | B | |
| 53. SINOPEC SHANGHAI PETROCHEMICAL CO LTD SPON ADR DE | A | Dividend | | | Sold | 03/28/17 | J | B | |
| 54. SUNCOR ENERGY INC NEW CAD DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 55. MARKEL CORP (HOLDING CO) DE | A | Dividend | J | T | | | | | |
| 56. ORBITAL ATK INC COM DE | A | Dividend | | | Sold | 01/09/17 | J | B | |
| 57. DIGITAL REALTY TRUST INC REIT DE | A | Dividend | | | Sold | 05/01/17 | J | B | |
| 58. WAL MART STORES INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 59. AETNA INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 60. LULULEMON ATHLETICA INC DE | A | Dividend | | | Sold | 04/07/17 | J | A | |
| 61. EXPERIAN PLC SPON ADR DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 62. PROCTER & GAMBLE CO DE | A | Dividend | | | Sold | 04/26/17 | J | B | |
| 63. PPG INDUSTRIES INC DE | A | Dividend | J | T | Buy (add'l) | 04/20/17 | J | | |
| 64. UNTD RENTALS INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 65. ALTRIA GROUP INC DE | A | Dividend | J | T | | | | | |
| 66. OWENS ILLINOIS INC NEW DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 67. THERMO FISHER SCIENTIFIC INC DE | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. UNITED PARCEL SERVICE INC CL B DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 69. CHINA TELECOM CORP LTD REPSTG H SHS SPON ADR DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 70. MOSAIC CO DE | A | Dividend | | | Sold | 01/25/17 | J | B | |
| 71. WPX ENERGY INC DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 72. | | | | | Sold | 09/05/17 | J | A | |
| 73. LAS VEGAS SANDS CORP DE | A | Dividend | | | Sold | 07/27/17 | J | B | |
| 74. ASSOCIATED BRITISH FOODS PLC NEW ADR DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 75. SEMTECH CORP DE | A | Dividend | | | Sold | 08/31/17 | J | B | |
| 76. SINGAPORE TELECOM LTD NEW 2006 SPON ADR DE | A | Dividend | | | Sold | 05/19/17 | J | B | |
| 77. CABOT OIL & GAS CORP DE | A | Dividend | | | Sold | 02/21/17 | J | B | |
| 78. VANTIV INC CL A DE | A | Dividend | | | Sold | 08/09/17 | J | B | |
| 79. CARNIVAL CORP NEW (PAIRED STOCK) DE | A | Dividend | | | Sold | 03/29/17 | J | B | |
| 80. CDW CORP DE | A | Dividend | | | Sold | 02/08/17 | J | B | |
| 81. ROCHE HLDG LTD SPONS ADR SWITZ ADR DE | A | Dividend | | | Sold | 04/27/17 | J | B | |
| 82. MANHATTAN ASSOC INC DE | A | Dividend | | | Sold | 10/26/17 | J | B | |
| 83. INTEGRATED DEVICE TECH INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 84. CHINA RESOURCES LAND LTD (HK) HKD | A | Dividend | | | Sold | 03/24/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. DIAMONDBACK ENERGY INC DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 86. ORACLE CORP DE | A | Dividend | J | T | Buy (add'l) | 10/02/17 | J | | |
| 87. AVANGRID INC DE | A | Dividend | | | Sold | 02/21/17 | J | B | |
| 88. AK STEEL HOLDING CORP DE | A | Dividend | J | T | Buy | 10/12/17 | J | | |
| 89. | | | | | Sold | 11/01/17 | J | B | |
| 90. INTERCONTINENTALEXCHANGE GROUP DE | A | Dividend | | | Sold | 08/03/17 | J | B | |
| 91. APPLE INC DE | A | Dividend | | | Sold | 08/02/17 | J | B | |
| 92. SCHWAB CHARLES CORP NEW DE | A | Dividend | | | Sold | 09/05/17 | J | A | |
| 93. KITE REALTY GROUP TRUST REIT DE | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 94. CONS ENERGY INC DE | A | Dividend | | | Sold | 12/11/17 | J | A | |
| 95. ENCANA CORP CAD DE | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 96. | | | | | Sold | 09/05/17 | J | A | |
| 97. D R HORTON INC DE | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 98. | | | | | Sold | 09/05/17 | J | A | |
| 99. COCA COLA EUROPEAN PARTNERS EUR DE | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 100. | | | | | Sold | 05/05/17 | J | B | |
| 101. NUCOR CORP DE | A | Dividend | J | T | Buy | 01/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 09/05/17 | J | A | |
| 103. METLIFE INC DE | A | Dividend | J | T | Buy | 02/02/17 | J | | |
| 104. | | | | | Sold | 09/05/17 | J | A | |
| 105. SK TELECOM CO LTD ADR DE | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 106. | | | | | Sold | 03/28/17 | J | B | |
| 107. CHURCH & DWIGHT CO INC DE | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 108. | | | | | Sold | 09/05/17 | J | A | |
| 109. CLIFFS NAT RESURCES INC DE | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 110. | | | | | Sold | 09/05/17 | J | A | |
| 111. KOREA ELECTRIC POWER CRP SPONSORED ADR SHS DE | A | Dividend | J | T | Buy | 02/07/17 | J | | |
| 112. | | | | | Sold | 05/09/17 | J | B | |
| 113. ARROW ELECTRONICS INC DE | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 114. CSRA INC DE | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 115. | | | | | Sold | 09/05/17 | J | A | |
| 116. YUM! BRANDS INC DE | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 117. | | | | | Sold | 09/05/17 | J | A | |
| 118. TECK RESOURCES LTD CL B ORD CAD DE | A | Dividend | J | T | Buy | 02/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 119. UNICREDIT SPA EUR | A | Dividend | J | T | Buy | 02/10/17 | J | | |
| 120. | | | | | Sold | 09/05/17 | J | A | |
| 121. CBS CORP NEW CL B DE | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 122. | | | | | Sold | 09/05/17 | J | A | |
| 123. WHIRLPOOL CORP DE | A | Dividend | J | T | Buy | 02/23/17 | J | | |
| 124. CANADIAN NAT RESOURCES LTD CAD DE | A | Dividend | J | T | Buy | 03/02/17 | J | | |
| 125. | | | | | Sold | 09/05/17 | J | A | |
| 126. MAGNA INTL INC CL A SUB VTG CANADA ORD DE | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 127. | | | | | Sold | 09/05/17 | J | A | |
| 128. UNITED CONTL HLDGS INC DE | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 129. | | | | | Sold | 09/05/17 | J | A | |
| 130. BAKER HUGHES INC DE | A | Dividend | J | T | Buy | 03/24/17 | J | | |
| 131. | | | | | Sold | 09/05/17 | J | A | |
| 132. CLEARWATER PAPER CORP DE | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 133. | | | | | Sold | 09/05/17 | J | A | |
| 134. AKAMAI TECHNOLOGIES INC DE | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 135. | | | | | Sold | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. WSTN DIGITAL CORP DE | A | Dividend | J | T | Buy | 04/05/17 | J | | |
| 137. | | | | | Sold | 07/28/17 | J | B | |
| 138. DXC TECHNOOGY CO DE | A | Dividend | J | T | Buy | 04/07/17 | J | | |
| 139. | | | | | Sold | 09/05/17 | J | A | |
| 140. ALCOA CORP DE | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 141. | | | | | Sold | 09/05/17 | J | A | |
| 142. NATIONAL FUEL GAS CO DE | A | Dividend | J | T | Buy | 04/21/17 | J | | |
| 143. | | | | | Sold | 09/05/17 | J | A | |
| 144. AMERICAN TOWER CORP REIT DE | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 145. FACEBOOK INC CL A DE | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 146. MEDTRONIC PLC DE | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 147. POTASH CORP SASK INC CANADA CAD DE | A | Dividend | | T | Buy | 04/27/17 | J | | |
| 148. | | | | | Sold | 09/05/17 | J | A | |
| 149. VISA INC CL A DE | A | Dividend | J | T | Buy | 04/27/17 | J | | |
| 150. CUMMINS INC DE | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 151. EOG RESOURCES INC DE | A | Dividend | J | T | Buy | 05/04/17 | J | | |
| 152. | | | | | Sold | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. MCKESSON CORP DE | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 154. PETROFAC LTD ORD DE | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 155. | | | | | Sold | 09/05/17 | J | A | |
| 156. EXPEDIA INC DE | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 157. | | | | | Sold | 09/05/17 | J | A | |
| 158. SYMANTEC CORP DE | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 159. | | | | | Sold | 08/03/17 | J | B | |
| 160. PEPSICO INC DE | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 161. | | | | | Sold | 09/05/17 | J | A | |
| 162. AMERICAN AIRLS GROUP INC DE | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 163. | | | | | Sold | 09/05/17 | J | A | |
| 164. CONSTELLATION BRANDS INC CL A DE | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 165. ALEXANDRIA REAL ESTATE EQUITIES DE | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 166. TOTAL S.A. FRANCE SPON ADR DE | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 167. | | | | | Sold | 09/05/17 | J | A | |
| 168. VOLKSWAGEN A G SPONSORED ADR NEW GERMANY DE | A | Dividend | J | T | Buy | 07/27/17 | J | | |
| 169. | | | | | Sold | 09/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. NETGEAR INC DE | A | Dividend | J | T | Buy | 07/28/17 | J | | |
| 171. | | | | | Sold | 09/05/17 | J | A | |
| 172. OLIN CORP DE | A | Dividend | J | T | Buy | 08/02/17 | J | | |
| 173. | | | | | Sold | 09/05/17 | J | A | |
| 174. FMC CORP NEW DE | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 175. | | | | | Sold | 09/05/17 | J | A | |
| 176. SIEMENS A G SPON ADR DE | A | Dividend | J | T | Buy | 08/03/17 | J | | |
| 177. | | | | | Sold | 09/05/17 | J | A | |
| 178. KENNAMETAL INC DE | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 179. | | | | | Sold | 09/05/17 | J | A | |
| 180. AUSTRAILIA & NEW ZEALAND BKG GRP LTD SPONSRD ADR AUSTRAILIA ADR DE | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 181. | | | | | Sold | 09/05/17 | J | A | |
| 182. ALPHABET INC CL DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 183. CONS ENERGY INC DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 184. FLEX LTD DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 185. IMPERIAL BRANDS PLC SPON ADR DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. LOCKHEED MARTIN CORP DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 187. MALLINCKRODT PUB LTD CO DE | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 188. CNOOC LTD SPON ADR DE | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 189. FITBIT INC CL A DE | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 190. FIRST SOLAR INC DE | A | Dividend | J | T | Buy | 09/22/17 | J | | |
| 191. PDC ENERGY INC COM DE | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 192. DEERE AND CO DE | A | Dividend | J | T | Buy | 10/18/17 | J | | |
| 193. SKECHERS USA INC CL A DE | A | Dividend | J | T | Buy | 10/23/17 | J | | |
| 194. FIRST DATA CORP CL A DE | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 195. CATERPILLAR INC DE | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 196. CHINA LIFE INSURANCE CO LTD ADS SPON ADR DE | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 197. CHINA MOBILE LTD SPON ADR DE | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 198. KILROY REALTY CORP DE | A | Dividend | J | T | Buy | 10/27/17 | J | | |
| 199. BARCLAYS PLC ADR DE | A | Dividend | J | T | Buy | 11/01/17 | J | | |
| 200. COGNIZANT TECH SOLUTIONS CRP DE | A | Dividend | J | T | Buy | 11/02/17 | J | | |
| 201. ENBRIDGE INC CAD DE | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 202. | | | | | Sold | 12/11/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 04/11/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203.  BLUCORA INC DE | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 204.  CORPORATE OFFICE PPTYS NEW SBI DE | A | Dividend | J | T | Buy | 11/14/17 | J | | |
| 205.  SCANA CORP NEW DE | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 206.  CK HUTCHISON HLDGS LTD UNSPONSORED ADR DE | A | Dividend | J | T | Buy | 11/20/17 | J | | |
| 207.  BANK OF AMER CORP DE | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 208.  WALT DISNEY CO (HOLDING CO) DISNEY COM DE | A | Dividend | J | T | Buy | 12/14/17 | J | | |
| 209.  FIRSTENERGY CORP DE | A | Dividend | J | T | Buy | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544